# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: THAT FURNITURE OUTLET, INC. § Case No. 17-40757-KHS
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Julia A. Christians, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $502,516.23 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $21,873.94 | |

3) Total gross receipts of $ 21,873.94 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,873.94 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $289,261.12 | $238,233.28 | $221,713.01 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,243.08 | 15,243.08 | 15,243.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 65,503.43 | 65,503.43 | 6,630.86 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 39,619.57 | 40,544.76 | 40,544.76 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 875,338.84 | 957,399.12 | 951,287.27 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,204,219.53 | $1,316,923.67 | $1,294,291.55 | $21,873.94 |

    4) This case was originally filed under Chapter 11 on March 19, 2017 and it was converted to Chapter 7 on November 17, 2017. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2019    By: /s/Julia A. Christians
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 GMC 33903. VIN 1GD6G4BG1A1902655 CARGO VAN, | 1129-000 | 3,500.00 |
| CHECKING ACCOUNT AT WELL FARGO CHECKING (NEW DIP | 1129-000 | 14,920.30 |
| Possible refunds | 1229-000 | 3,453.64 |
| **TOTAL GROSS RECEIPTS** | | **$21,873.94** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | 0.00 | 16,520.27 | 16,520.27 | 0.00 |
| 8 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | N/A | 16,520.27 | 0.00 | 0.00 |
| 12S | KLC FINANCIAL, INC. | 4210-000 | 24,918.73 | 22,000.00 | 22,000.00 | 0.00 |
| 21 | MIDWESTONE BANK | 4210-000 | 175,339.49 | 183,192.74 | 183,192.74 | 0.00 |
| NOTFILED | LG Funding | 4210-000 | 89,002.90 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$289,261.12** | **$238,233.28** | **$221,713.01** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Julia A. Christians, TRUSTEE | 2100-000 | N/A | 2,937.39 | 2,937.39 | 2,937.39 |
| Trustee Expenses - Julia A. Christians, TRUSTEE | 2200-000 | N/A | 650.04 | 650.04 | 650.04 |
| U.S. Trustee Quarterly Fees - U.S. TRUSTEE | 2950-000 | N/A | 9,750.32 | 9,750.32 | 9,750.32 |
| Auctioneer for Trustee Fees (including buyers premiums) - LUNDEEN AUCTION & | 3610-000 | N/A | 525.00 | 525.00 | 525.00 |
| Auctioneer for Trustee Expenses - LUNDEEN AUCTION & APPRAISERS INC | 3620-000 | N/A | 1,225.00 | 1,225.00 | 1,225.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.08 | 7.08 | 7.08 |
| Other - PENSKE TRUCK LEASING | 2990-000 | N/A | 58.25 | 58.25 | 58.25 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$15,243.08** | **$15,243.08** | **$15,243.08** |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| U.S. BANKRUPTCY COURT REGISTRY FUNDS - HAWA ABDI MAHAMUD | 6910-001 | N/A | 1,200.00 | 1,200.00 | 121.48 |
| WASHINGTON AVENUE, LLC | 6920-000 | N/A | 27,706.71 | 27,706.71 | 2,804.73 |
| EULER HERMES NA | 6910-000 | N/A | 23,711.26 | 23,711.26 | 2,400.27 |
| KFLC, INC. | 6700-000 | N/A | 12,885.46 | 12,885.46 | 1,304.38 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$65,503.43** | **$65,503.43** | **$6,630.86** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-3 | MN DEPT OF REVENUE | 5800-000 | 39,619.57 | 40,194.68 | 40,194.68 | 0.00 |
| 5 -2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 350.08 | 350.08 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $39,619.57 | $40,544.76 | $40,544.76 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | AFFORDABLE FURNITIRE MFG CO. | 7100-000 | 32,179.83 | 5,824.97 | 5,824.97 | 0.00 |
| 3U-3 | MN DEPT OF REVENUE | 7100-000 | N/A | 143.27 | 143.27 | 0.00 |
| 4 | XCEL ENERGY | 7100-000 | 3,986.35 | 4,911.85 | 0.00 | 0.00 |
| 6 | BELLE PLAINE HERALD | 7100-000 | 937.00 | 937.00 | 937.00 | 0.00 |
| 7 | CENTERPOINT ENERGY | 7100-000 | 3,789.11 | 5,696.51 | 5,696.51 | 0.00 |
| 9 | EJL COMMERCIAL REAL ESTATE | 7100-000 | 8,500.00 | 8,550.00 | 8,550.00 | 0.00 |
| 10 | ALBANY INDUSTRIES, INC. | 7100-000 | 39,740.00 | 39,740.00 | 39,740.00 | 0.00 |
| 11 | ACME FURNITURE C/O BB&T COMMERCIAL FINANCE | 7100-000 | 3,118.73 | 3,097.92 | 3,097.92 | 0.00 |
| 12U | KLC FINANCIAL, INC. | 7100-000 | N/A | 5,248.50 | 5,248.50 | 0.00 |
| 13 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 13,942.07 | 13,542.07 | 13,542.07 | 0.00 |
| 14 | LG FUNDING, LLC | 7100-000 | N/A | 114,128.63 | 114,128.63 | 0.00 |
| 15 | A & P TRANSPORTATION | 7100-000 | 9,920.40 | 6,663.90 | 6,663.90 | 0.00 |
| 16 | CENTER FOR ENERGY AND ENVIRONMNT | 7100-000 | 30,666.10 | 30,818.82 | 30,818.82 | 0.00 |
| 17 | PENSKE TRUCK LEASING CO., L.P. | 7100-000 | 21,434.85 | 52,590.00 | 52,590.00 | 0.00 |
| 18 -2 | ON DECK | 7100-000 | 233,426.19 | 233,426.00 | 233,426.00 | 0.00 |
| 19 | BENCHMASTER FURNITURE | 7100-000 | 590.90 | 590.90 | 590.90 | 0.00 |
| 20 -2 | IPFS CORPORATION | 7100-000 | 5,185.50 | 9,243.84 | 9,243.84 | 0.00 |
| 22 | FR MASSACHUSETTS 7, LLC | 7100-000 | 51,856.87 | 46,202.00 | 46,202.00 | 0.00 |
| 23 | FR MASSACHUSETTS 7, LLC | 7100-000 | N/A | 137,787.98 | 137,787.98 | 0.00 |
| 24 | XCEL ENERGY NORTH | 7100-000 | N/A | 4,911.85 | 4,911.85 | 0.00 |
| 25 | XCEL ENERGY NORTH | 7100-000 | N/A | 331.02 | 331.02 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | LYON CAPITAL CORPORATION | 7100-000 | N/A | 1,428.55 | 1,428.55 | 0.00 |
| 27 | HAWA MAHAMUD | 7100-000 | N/A | 1,200.00 | 0.00 | 0.00 |
| 28 | HOWARD MILLER | 7100-000 | 2,291.06 | 3,859.02 | 3,859.02 | 0.00 |
| 29 | LEAF CAPITAL FUNDING LLC | 7100-000 | N/A | 2,092.75 | 2,092.75 | 0.00 |
| 31U | WASHINGTON AVENUE, LLC | 7100-000 | N/A | 122,921.09 | 122,921.09 | 0.00 |
| 33U | EULER HERMES NA | 7200-000 | 125,633.63 | 101,510.68 | 101,510.68 | 0.00 |
| NOTFILED | Locksafe, Inc. | 7100-000 | 145.41 | N/A | N/A | 0.00 |
| NOTFILED | FedEx | 7100-000 | 44.93 | N/A | N/A | 0.00 |
| NOTFILED | Lang Furniture | 7100-000 | 3,247.09 | N/A | N/A | 0.00 |
| NOTFILED | Ira Hackner | 7100-000 | 2,471.08 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Fleet National | 7100-000 | 3,220.08 | N/A | N/A | 0.00 |
| NOTFILED | Diane Johnson | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Culligan Bottled Water | 7100-000 | 190.08 | N/A | N/A | 0.00 |
| NOTFILED | Dick's Sanitation | 7100-000 | 894.47 | N/A | N/A | 0.00 |
| NOTFILED | Eden Park Business Center, LLC c/o Gerald Portnoy | 7100-000 | 996.63 | N/A | N/A | 0.00 |
| NOTFILED | Earl Haubrich | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eric T. Olson | 7100-000 | 269.41 | N/A | N/A | 0.00 |
| NOTFILED | Enviro-Care | 7100-000 | 192.83 | N/A | N/A | 0.00 |
| NOTFILED | Malouf Fine Linens | 7100-000 | 662.00 | N/A | N/A | 0.00 |
| NOTFILED | Orkin | 7100-000 | 514.91 | N/A | N/A | 0.00 |
| NOTFILED | Uline | 7100-000 | 704.63 | N/A | N/A | 0.00 |
| NOTFILED | Top Line Furniture | 7100-000 | 1,470.26 | N/A | N/A | 0.00 |
| NOTFILED | Tri State Surplus | 7100-000 | 31,741.44 | N/A | N/A | 0.00 |
| NOTFILED | Unishippers | 7100-000 | 125.46 | N/A | N/A | 0.00 |
| NOTFILED | Vaughn-Bassett | 7100-000 | 4,775.80 | N/A | N/A | 0.00 |
| NOTFILED | Valspar | 7100-000 | 1,542.50 | N/A | N/A | 0.00 |
| NOTFILED | WREY Radio Rey | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Velocity | 7100-000 | 1,004.06 | N/A | N/A | 0.00 |
| NOTFILED | Versatile Systems, Inc. | 7100-000 | 378.00 | N/A | N/A | 0.00 |
| NOTFILED | The Bedding Group | 7100-000 | 31,704.48 | N/A | N/A | 0.00 |
| NOTFILED | Spee-Dee | 7100-000 | 143.52 | N/A | N/A | 0.00 |
| NOTFILED | Star Tribune | 7100-000 | 37,652.44 | N/A | N/A | 0.00 |
| NOTFILED | Minuteman Press | 7100-000 | 488.84 | N/A | N/A | 0.00 |
| NOTFILED | MDA Rug Imports, Inc. | 7100-000 | 8,623.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Midwest Art & Frame | 7100-000 | 502.00 | N/A | N/A | 0.00 |
| NOTFILED | Corinthian Inc. | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| NOTFILED | Pro Power Electric | 7100-000 | 2,740.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Johnson | 7100-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Simmons Bedding Company | 7100-000 | 18,579.40 | N/A | N/A | 0.00 |
| NOTFILED | Professional Warehouse & Dist. | 7100-000 | 23,218.35 | N/A | N/A | 0.00 |
| NOTFILED | Signsational Graphics | 7100-000 | 1,048.95 | N/A | N/A | 0.00 |
| NOTFILED | Martin Mattress | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| NOTFILED | American Cover Design | 7100-000 | 6,347.00 | N/A | N/A | 0.00 |
| NOTFILED | Best Chairs, Inc. | 7100-000 | 30,402.00 | N/A | N/A | 0.00 |
| NOTFILED | American Furniture Mfg | 7100-000 | 13,995.00 | N/A | N/A | 0.00 |
| NOTFILED | BGD Companies | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Compacter Services | 7100-000 | 370.10 | N/A | N/A | 0.00 |
| NOTFILED | Broyhill | 7100-000 | 8,157.27 | N/A | N/A | 0.00 |
| NOTFILED | Bordertown Retail | 7100-000 | 1,285.25 | N/A | N/A | 0.00 |
| NOTFILED | All Wood Furniture Co. | 7100-000 | 20,964.50 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 382.11 | N/A | N/A | 0.00 |
| NOTFILED | Cascade Subscription Service | 7100-000 | 199.97 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$875,338.84** | **$957,399.12** | **$951,287.27** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.  

**Period Ending:** 08/20/19

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/17/17 (c)  
**§341(a) Meeting Date:** 12/21/17  
**Claims Bar Date:** 03/21/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | THAT FURNITURE OUTLET, 7427 WASHINGTON AVE S, ED<br>   That Furniture Outlet, 7427 Washington Ave S, Edina, MN 55439, retail operations in office building., Leasehold | Unknown | 1.00 | OA | 0.00 | FA |
| 2 | WAREHOUSE, 9901 W 74TH STREET, SUITE 110, EDEN P<br>   REJECTED DURING CH 11 PER CONVERSION REPORT<br>Warehouse, 9901 W 74th Street, Suite 110, Eden Prairie, MN 55344., Leasehold | Unknown | 1.00 | | 0.00 | FA |
| 3 | WAREHOUSE, 7640 WASHINGTON AVENUE SOUTH, EDEN PA<br>   REJECTED DURING CH 11 PER CONVERSION REPORT<br>Warehouse, 7640 Washington Avenue South, Eden Park Business Center, Eden Prairie, MN 55344, Leasehold | Unknown | 1.00 | | 0.00 | FA |
| 4 | 2010 GMC 33903. VIN 1GD6G4BG1A1902655 CARGO VAN,<br>   hire Frank to sell<br>PER CONVERSION REPORT<br>2010 GMC 33903. VIN 1GD6G4BG1A1902655 cargo van, estimated value $100, not safe to drive. 2004 Ford Cargo Van. VIN 1FTNE24L94HB28073 cube, estimated value $4000.. Valuation Method: Liquidation; Imported from original petition Doc# 32 | 100.00 | 100.00 | | 3,500.00 | FA |
| 5 | 2004 FORD CARGO VAN. VIN 1FTNE24L94HB28073 CUBE,<br>   actually little to no value and junked before filng Ch 11<br>PER CONVERSION REPORT<br>2004 Ford Cargo Van. VIN 1FTNE24L94HB28073 cube, estimated value $4000..; Imported from original petition Doc# 32 | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 6 | 2015 HONDA ACCORD - PAYMENTS TAKEN OVER | 20,207.23 | 20,207.23 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.

**Period Ending:** 08/20/19

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/17/17 (c)  
**§341(a) Meeting Date:** 12/21/17  
**Claims Bar Date:** 03/21/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| BY PAUL<br>   no equitable interest<br>PER CONVERSION REPORT<br>2015 Honda Accord - payments taken over by Paul Johnson.; Imported from original petition Doc# 32 | | | | | |
| 7   CASH ON HAND<br>   only "cash on hand" was in bank - see below<br>CASH IN DRAWER - PER CONVERSION REPORT | 24,413.24 | 24,413.24 | | 0.00 | FA |
| 8   CHECKING ACCOUNT AT WELL FARGO CHECKING (NEW DIP<br>   PER CONVERSION REPORT<br>Checking Account at Well Fargo Checking (new DIP account 0646; old account 3707) | 14,920.30 | 0.00 | | 14,920.30 | FA |
| 9   MERCHANT ACCOUNTS RECEIVABLES<br>   no equity<br>ZERO PER CONVERSION REPORT MAIN PAGE; OR NET OF $130,692.53 PER CONVERSION BALANCE SHEET<br>ARRIVES 2-3 BUSINESS DAYS AFTER SALE - ESTIMATE (LESS MERCHANT FEES) | 0.00 | 0.00 | | 0.00 | FA |
| 10   EDEN PARK BUSINESS CENTER, SECURITY DEPOSIT FOR<br>   not due because of offset<br>PER CONVERSION REPORT<br>Eden Park Business Center, security deposit for Washington Avenue warehouse, $4630. First Industrial Realty, security deposit for 74th Street warehouse, $18,500. | 30,141.00 | 30,141.00 | | 0.00 | FA |
| 11   THATFURNITURE.NET DOMAIN NAME AND WEBSITE..<br>   no value<br>NOT ON CONVERSION REPORT<br>thatfurniture.net domain name and website. | Unknown | 1.00 | | 0.00 | FA |
| 12   2016 FEDERAL NET OPERATING LOSS OF $101,000. AMO<br>   NOT ON CONVERSION REPORT | Unknown | 1.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.

**Period Ending:** 08/20/19

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/17/17 (c)  
**§341(a) Meeting Date:** 12/21/17  
**Claims Bar Date:** 03/21/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 2016 federal net operating loss of $101,000. Amount provided is an estimate; accountant is reviewing numbers for completion of 2016 tax return., Tax Year 2016 | | | | | |
| 13  A/R 90 DAYS OLD OR LESS. FACE AMOUNT = $32,000.0<br>　no equity<br>SEE ALSO ASSET 9 - A/R 90 days old or less. Face amount = $32,000.00. Doubtful/Uncollectible accounts = $32,000.00. | Unknown | 1.00 | | 0.00 | FA |
| 14  OFFICE FURNITURE - DESK, BOOKSHELVES, CHAIRS, ET<br>　PER CONVERSION REPORT<br>Office furniture - desk, bookshelves, chairs, etc..; | 81,702.86 | 81,702.86 | OA | 0.00 | FA |
| 15  WAREHOUSE RACKING, WAREHOUSE RACKING AND TWO-TIE<br>　PER CONVERSION REPORT<br>Warehouse racking, warehouse racking and two-tier for sales floor.. Valuation Method: Liquidation; | 4,150.00 | 4,150.00 | OA | 0.00 | FA |
| 16  4 OFFICE COMPUTERS, 1 SERVER, 4 TELEVISIONS FOR<br>　SEE ALSO ASSET 14  Orig. Description: 4 office computers, 1 server, 4 televisions for in-store advertising..; Imported from original petition Doc# 32 | 4,750.00 | 4,750.00 | OA | 0.00 | FA |
| 17  FINISHED GOODS: PRICE IS SUDMITTEA TO KFLC TO PA<br>　INVENTORY PER CONVERSION REPORT<br>Finished goods: price is suDmittea to KFLC to pay for the cost of the K product., 3/22/17, Net Book Value: Unknown, Valuation Method: Recent cost; | 193,061.31 | 0.00 | OA | 0.00 | FA |
| 18  CUSTOMER MAILING LISTS FOR MARKETING PRINT MAIL<br>　no value<br>NOT ON CONVERSION REPORT<br>Customer mailing lists for marketing print mail and emails. | Unknown | 1.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.

**Trustee:** (430040) Julia A. Christians  
**Filed (f) or Converted (c):** 11/17/17 (c)  
**§341(a) Meeting Date:** 12/21/17

**Period Ending:** 08/20/19

**Claims Bar Date:** 03/21/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 2 FORKLIFTS, $2000 VALUE, FREE AND CLEAR.. VALUA<br>   SEE ALSO ASSETS ABOVE<br>2 forklifts, $2000 value, free and clear.. Valuation Method: Comparable sale | 2,000.00 | 2,000.00 | OA | 0.00 | FA |
| 20 | 1 FORKLIFT, ORIG $40,000 IN 2015..<br>   SEE ALSO ASSETS ABOVE<br>1 forklift, orig $40,000 in 2015. | 25,000.00 | 81.27 | OA | 0.00 | FA |
| 21 | Possible avoidance actions (none)<br>   NOT ON CONVERSION REPORT | Unknown | 1.00 | | 0.00 | FA |
| 22 | Possible refunds (u)<br>   NOT ON CONVERSION REPORT | Unknown | 2,723.58 | | 3,453.64 | FA |
| 23 | CENTRAL CHECKING<br>   -614.65 PER CONVERSION REPORT. | 0.00 | 0.00 | | 0.00 | FA |
| 24 | PREPAID EXPENSES<br>   accounting balance sheet entry; no value<br>PER CONVERSION REPORT | 113,090.59 | 113,090.59 | | 0.00 | FA |
| **24** | **Assets   Totals** (Excluding unknown values) | **$517,536.53** | **$287,367.77** | | **$21,873.94** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   November 30, 2019        **Current Projected Date Of Final Report (TFR):**   February 26, 2019 (Actual)

Printed: 08/20/2019 09:10 AM    V.14.50

Exhibit 9

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.

**Taxpayer ID #:** **-***8612  
**Period Ending:** 08/20/19

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $48,378,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/27/17 | {8} | WELLS FARGO BANK NA | TURNOVER OF BANK ACCOUNT DEPOSITS | 1129-000 | 14,920.30 | | 14,920.30 |
| 01/16/18 | {22} | CENTERPOINT ENERGY | DEPOSIT INTEREST REFUND | 1229-000 | 441.22 | | 15,361.52 |
| 01/16/18 | {22} | CENTERPOINT ENERGY | DEPOSIT INTEREST REFUND | 1229-000 | 727.04 | | 16,088.56 |
| 01/16/18 | {22} | CENTERPOINT ENERGY | DEPOSIT INTEREST REFUND | 1229-000 | 330.09 | | 16,418.65 |
| 01/16/18 | {22} | CENTERPOINT ENERGY | DEPOSIT INTEREST REFUND | 1229-000 | 1,225.23 | | 17,643.88 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,633.88 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,623.88 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,613.88 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,603.88 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,593.88 |
| 06/01/18 | 101 | INTERNATIONAL SURETIES, LTD. SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2018 FOR CASE #17-40757, BOND #016018054 6/1/18 TO 6/1/19 | 2300-000 | | 7.08 | 17,586.80 |
| 06/13/18 | 102 | PENSKE TRUCK LEASING ATTN: 0802 - CATHY MAKOSCH 2675 MORGANTOWN ROAD READING, PA 19607 | COST TO OBTAIN DUPLICATE TITLE FOR VAN | 2990-000 | | 58.25 | 17,528.55 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,518.55 |
| 07/16/18 | {22} | MN UNEMPLOYMENT COMPENSATION FUND CLEARING ACCOUNT | REFUND - CREDIT BALANCE | 1229-000 | 730.06 | | 18,248.61 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18,238.61 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 18,228.61 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 18,223.61 |
| 10/01/18 | | LUNDEEN AUCTION & APPRAISERS INC | AUCTION SALE | | 1,750.00 | | 19,973.61 |
| | {4} | | 2010 GMC CUBE VAN     3,500.00 | 1129-000 | | | 19,973.61 |
| | | LUNDEEN AUCTION & APPRAISERS INC | 15% COMMISSION     -525.00 | 3610-000 | | | 19,973.61 |
| | | LUNDEEN AUCTION & APPRAISERS INC | TAX AND TRANSFER     -975.00 | 3620-000 | | | 19,973.61 |
| | | LUNDEEN AUCTION & APPRAISERS INC | LICENSE FEE     -100.00 | 3620-000 | | | 19,973.61 |
| | | LUNDEEN AUCTION & APPRAISERS INC | PICKUP EXPENSE 3 HOURS     -150.00 | 3620-000 | | | 19,973.61 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 19,968.61 |
| 03/28/19 | 103 | Julia A. Christians, TRUSTEE | Dividend paid 100.00% on $2,937.39, Trustee | 2100-000 | | 2,937.39 | 17,031.22 |

Subtotals :   $20,123.94   $3,092.72

{} Asset reference(s)

Printed: 08/20/2019 09:10 AM     V.14.50

## Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-40757-KHS  
**Case Name:** THAT FURNITURE OUTLET, INC.  

**Taxpayer ID #:** **-***8612  
**Period Ending:** 08/20/19  

**Trustee:** Julia A. Christians (430040)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $48,378,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 120 SOUTH 6TH ST, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Compensation;  Reference: | | | | |
| 03/28/19 | 104 | Julia A. Christians, TRUSTEE<br>120 SOUTH 6TH ST, SUITE 2500<br>MINNEAPOLIS, MN 55402 | Dividend paid 100.00% on $650.04, Trustee Expenses;  Reference: | 2200-000 | | 650.04 | 16,381.18 |
| 03/28/19 | 105 | U.S. TRUSTEE<br>300 SOUTH FOURTH STREET<br>SUITE 1015<br>MINNEAPOLIS, MN 55415 | Dividend paid 100.00% on $9,750.32, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 9,750.32 | 6,630.86 |
| 03/28/19 | 106 | HAWA ABDI MAHAMUD<br>C/O KAREN CANON<br>920 ANGELO DRIVE<br>GOLDEN VALLEY, MN 55422 | Dividend paid  10.12% on $1,200.00, Trade Debt (Chapter 11);  Reference:<br>Stopped on 05/01/19 | 6910-000 | | 121.48 | 6,509.38 |
| 03/28/19 | 107 | WASHINGTON AVENUE, LLC<br>FABYANSKE, WESTRA, HART & THOMSON, P.A.<br>333 SOUTH SEVENTH STREET, SUITE 2600<br>MINNEAPOLIS, MN 55402 | Dividend paid  10.12% on $27,706.71, Admin. Rent (post-petition storage fees, leases, etc.) (Chapter 11);  Reference: | 6920-000 | | 2,804.73 | 3,704.65 |
| 03/28/19 | 108 | EULER HERMES NA<br>INS. AGENT OF ASHLEY FURNITURE<br>800 RED BROOK BLVD.<br>OWINGS MILLS, MD 21117 | Dividend paid  10.12% on $23,711.26, Trade Debt (Chapter 11);  Reference: 6900 | 6910-000 | | 2,400.27 | 1,304.38 |
| 03/28/19 | 109 | KFLC, INC.<br>RICHARD KURTZ, PRESIDENT<br>2121 Cliff Dr., #116<br>Eagan, MN 55122, | Dividend paid  10.12% on $12,885.46, Other Professional Fees (Prior Chapter);  Reference: | 6700-000 | | 1,304.38 | 0.00 |
| 05/01/19 | 106 | HAWA ABDI MAHAMUD<br>C/O KAREN CANON<br>920 ANGELO DRIVE<br>GOLDEN VALLEY, MN 55422 | Dividend paid  10.12% on $1,200.00, Trade Debt (Chapter 11);  Reference:<br>Stopped: check issued on 03/28/19 | 6910-000 | | -121.48 | 121.48 |
| 05/01/19 | 110 | HAWA ABDI MAHAMUD<br>3633 ADMIRAL LANE N<br>BROOKLYN CENTER, MN 55429 | **reissue lost check** Dividend paid  10.12% on $1,200.00, Trade Debt (Chapter 11)<br>Stopped on 07/31/19 | 6910-000 | | 121.48 | 0.00 |
| 07/31/19 | 110 | HAWA ABDI MAHAMUD<br>3633 ADMIRAL LANE N<br>BROOKLYN CENTER, MN 55429 | **reissue lost check** Dividend paid  10.12% on $1,200.00, Trade Debt (Chapter 11)<br>Stopped: check issued on 05/01/19 | 6910-000 | | -121.48 | 121.48 |
| 07/31/19 | 111 | U.S. BANKRUPTCY COURT REGISTRY FUNDS | REISSUED CHECK FROM STALE CHECK PROCESSING | 6910-001 | | 121.48 | 0.00 |

Subtotals :   $0.00   $17,031.22

{} Asset reference(s)   Printed: 08/20/2019 09:10 AM   V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 17-40757-KHS | **Trustee:** | Julia A. Christians (430040) |
|---|---|---|---|
| **Case Name:** | THAT FURNITURE OUTLET, INC. | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******3066 - Checking Account |
| **Taxpayer ID #:** | **-***8612 | **Blanket Bond:** | $48,378,000.00  (per case limit) |
| **Period Ending:** | 08/20/19 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 301 US COURTHOUSE<br>300 SOUTH FOURTH STREET<br>MINNEAPOLIS, MN 55415 | | | | | |
| | | | **ACCOUNT TOTALS** | | 20,123.94 | 20,123.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,123.94 | 20,123.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,123.94** | **$20,123.94** | |

{} Asset reference(s)  
Printed: 08/20/2019 09:10 AM   V.14.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| | |
|---|---|
| **Case Number:** 17-40757-KHS | **Trustee:** Julia A. Christians (430040) |
| **Case Name:** THAT FURNITURE OUTLET, INC. | **Bank Name:** United Bank |
| | **Account:** ********4499 - Checking Account |
| **Taxpayer ID #:** **-***8612 | **Blanket Bond:** $48,378,000.00  (per case limit) |
| **Period Ending:** 08/20/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3066** | 20,123.94 | 20,123.94 | 0.00 |
| **Checking # ********4499** | 0.00 | 0.00 | 0.00 |
| | **$20,123.94** | **$20,123.94** | **$0.00** |

{} Asset reference(s)    Printed: 08/20/2019 09:10 AM    V.14.50